FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE. NEW MEXICO

DEC 18 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )    CRIMINAL NO. 24 - 1818 KWR
                                     )
    vs.                              )    Counts 1-2: 18 U.S.C. §§ 1153 and 1112:
                                     )    Involuntary Manslaughter;
DESMOND BEGAY,                       )
                                     )    Counts 3-4: 18 U.S.C. §§ 1153 and
            Defendant.               )    113(a)(6):  Assault Resulting in Serious
                                     )    Bodily Injury.

INDICTMENT

The Grand Jury charges:

Count 1

On or about April 14, 2023, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **DESMOND BEGAY**,  an Indian, unlawfully killed Jane Doe by operating a motor vehicle without due caution and circumspection and with a wanton and reckless disregard for human life when he knew and should have known that his conduct imperiled the lives of others.

In violation of 18 U.S.C. §§ 1153 and 1112.

Count 2

On or about April 14, 2023, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **DESMOND BEGAY**,  an Indian, unlawfully killed John Doe 1 by operating a motor vehicle without due caution and circumspection and with a wanton and reckless disregard for human life when he knew and should have known that his conduct imperiled the lives of others.

In violation of 18 U.S.C. §§ 1153 and 1112.

<u>Count 3</u>

On or about April 14, 2023, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **DESMOND BEGAY**, an Indian, assaulted John Doe 2, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

<u>Count 4</u>

On or about April 14, 2023, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **DESMOND BEGAY**, an Indian, assaulted John Doe 3, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney